IN THE UNITED STATES DISTRICT COURT FOR
WESTERN DISTRICT OF PENNSYLVANIA

MICHAEL D. TARBUCK,                        No.: 03-0497

        Plaintiff,                    Judge Lancaster/Magistrate Judge Mitchell

-vs-

SOUTH STRABANE TOWNSHIP, SOUTH
STRABANE TOWNSHIP POLICE OFFICER
MICHAEL MANFREDI and POLICE CHIEF
DONALD F. ZOFCHAK,

        Defendants.

## ORDER OF COURT

AND NOW, this 4th day of May, 2007, upon consideration of the within Stipulation for Dismissal Pursuant to F.R.C.P. 41(a), it is hereby ORDERED, ADJUDGED and DECREED that said Stipulation is GRANTED and this case is CLOSED.

BY THE COURT:

_____ J.